UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMES VINCENT BANKS, | Case No. 2:22-cv-01413-CDS-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

On November 3, 2022, the Court issued a Screening Order allowing certain claims to proceed against Defendants Okada, C. Myer, Oscar Cardenas, Derek Franklin, Joshua Costello, Flitcraft, Joshua Imperial, and John Doe Officer. ECF No. 6. In that Order, the Court required the Clerk of Court to forward eight USM-285 forms to Plaintiff with a return date of December 5, 2022 for such forms. As of today's date, Plaintiff has not returned any USM-285 forms and no Defendant has been served. It also appears that Defendant is no longer located at his previous address and that he failed to file an updated address with the Court in violation of U.S. District Court for the District of Nevada Local Rule IA 3-1 ("A[] … pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.").

Accordingly, IT IS HEREBY ORDERED that no later than **January 23, 2023** Plaintiff must file his current mailing address with the Court so that the Court may resend the USM-285 forms to Plaintiff for completion.

1

IT IS FURTHER ORDERED that if Plaintiff fails to file his current address with the Court on or before **January 23, 2023**, the Court will issue a Report and Recommendation to dismiss this matter without prejudice.

DATED this 19th day of December, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE